ESLYN GERSTNER et al., Infants, by SALLE L. GERSTNER,
Their Guardian ad Litem, Respondents, *v.* THE COM-
MERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION
OF AMERICA, Appellant.

(Submitted June 13, 1930; decided July 8, 1930.)

*Henry C. Moses* and *Charles J. Nehrbas* for appellant. *Moses Feltenstein* and *Abraham Rosenstein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.